IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDDIE AGUILERA-QUINJANO, | : | 4:96-CR-00201 |
| Petitioner, | : | |
| | : | (Judge Brann) |
| v. | : | |
| UNITED STATES OF AMERICA | : | |
| Respondent. | : | |

**ORDER**

May 13, 2015

AND NOW, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion pursuant to §2255 to modify sentence ( ECF No. 463) is DISMISSED for lack of jurisdiction.

2. Based on the Court's conclusions herein, there is no basis for the issuance of a certificate of appealability.

3. The Clerk is directed to CLOSE Civil Action No. 4:15-CV-0160.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge